**STATE EXCH. BANK OF ELK CITY v. TRADERS' NAT. BANK OF KANSAS CITY, MO., et al.**

No. 8113—Opinion Filed July 23, 1918.

(174 Pac. 799.)

**Misjoinder of Parties.**

Same as in No. 8112, 70 Okla. 234, 174 Pac. 796.

Error from District Court, Beckham County; T. P. Clay, Judge.

Action by the Traders' National Bank of Kansas City, Mo., as plaintiff, against D. A. Mayer and Calvin M. Rosser, as defendants, in which by cross-petition the State Exchange Bank of Elk City, Okla., is made party defendant. From judgment against the State Exchange Bank and in favor of Mayer and Rosser the State Exchange Bank brings error. Affirmed.

Keaton, Wells & Johnston, R. N. Linville, and Frank L. Williams, for plaintiff in error.

T. Reginald Wise and W. O. Cromwell, for defendants in error.

Opinion by STEWART, C. Cases No. 8112 and No. 8113, involving the same principles of law and practically the same state of facts, were consolidated in this court, and an opinion has just been rendered in No. 8112, State Exchange Bank of Elk City v. National Bank of Commerce of St. Louis, Mo., 70 Okla. 234, 174 Pac. 796. For the reasons assigned in such opinion the judgment in this case is affirmed.

By the Court: It is so ordered.